IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FOUR RIVERS BROADCASTING, INC.,

      Plaintiff,                        CIV-S-04-0580 FCD KJM

      vs.

VBNJ, INC. dba MT. SHASTA BREWING CO.,

      Defendant.                    ORDER

         The parties and their counsel met in settlement conference on May 11, 2005. Appearances were placed on the record. Settlement was reached, and the specific terms of settlement were placed on the record and affirmed by all. The settlement contemplates a possible, further recitation of details of the settlement, but such details cannot contradict the terms of settlement as placed on the record (unless, of course, all agree to such changes). *Subject to the express conditions set forth in the record*, and as between the parties in this action, the settlement essentially permits defendants to use the tradename "Mount Shasta Brewing Company" in the conduct of their business, and plaintiff may use the trademark "Mount Shasta" in its beer/ale products.

\\\\\

1       The case has therefore settled. As set forth in greater detail in the record, the court shall retain jurisdiction to enforce the terms of this settlement for five years. Final dispositional documents shall be filed no later than May 26, 2005. All other previously scheduled dates in this case are vacated.

DATED: 5/17/05

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
fourrivers.sett