| | |
|---|---|
| KOOROSH AFSHARI (SBN 160830) | DARRIN W. MERCIER, ESQ. (SBN 166125) |
| AFSHARI LAW FIRM | THOMAS J. LINVILLE II, ESQ. (SBN 221434) |
| 455 Market Street, Suite 1910 | LAW OFFICES OF DARRIN MERCIER |
| San Francisco, CA 94105 | 409 West Center Street |
| Telephone: (415) 882-3248 | Yreka, CA 96097 |
| Fax: (415) 882-3232 | Telephone : (530) 842-2054 |
| kalaw@pacbell.net | Fax: (530) 842-9340 |
| | sisqlaw@cot.net |

| | |
|---|---|
| MELVILLE OWEN (SBN 27374) | MATTHEW R. EASON, ESQ. (SBN 160148) |
| LINDA J. KATTWINKEL (SBN 164283) | EASON & TAMBORNINI |
| BONNIE J. BARNISH (SBN 192771) | 1819 "K" Street, Suite 200 |
| OWEN, WICKERSHAM & ERICKSON, P.C. | Sacramento, CA 95814 |
| 455 Market Street, Suite 1900 | Telephone: (916) 438-1819 |
| San Francisco, CA 94105 | Fax: (916) 438-1820 |
| Telephone: (415) 882-3200 | |
| Fax: (415) 882-3232 | |

Attorneys for Plaintiff and Counterclaim Defendant Four Rivers Broadcasting, Inc.

Attorneys for Defendant and Counterclaim Plaintiff VBNJ, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| FOUR RIVERS BROADCASTING, INC., a Delaware corporation, | Civil Action No. S-04-0580 FCD KJM |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| VBNJ, INC., dba MT. SHASTA BREWING COMPANY, a California corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

1

1   On may 11, 2005, the parties herein reached a settlement the details of which were made
2 of record.  As part of the settlement, the parties agreed to the Court's continuing jurisdiction over
3 the settlement for enforcement/ compliance purposes for a period of five years, and further agreed
4 to appoint Magistrate Judge Gregory G. Hollows to preside over any such proceedings.
5
6   Thus, IT IS ORDERED that this case be dismissed with prejudice with each party paying
7 its own fees, costs and expenses, and  Magistrate Judge Gregory G. Hollows shall retain
8 jurisdiction over the settlement for enforcement/ compliance purposes as the presiding judge for a
9 period of five years from the date set forth below.
10
11 Dated: May 31, 2005
12
13                         /s/ Frank c. Damrell Jr.
14                         United States District Judge